ZBS Law, LLP
Jeffrey A. Myers, Esq. # 094561
Amber L. Labrecque, Esq # 094593
5 Centerpointe Dr., Suite 400,
Lake Oswego, OR 97035

Phone:        (206) 209-0375
Facsimile:    (206) 260-8870
Email:        jmyers@zbslaw.com
Email:        alabrecque@zbslaw.com

Attorney(s) for SN SERVICING, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| LAMONT MILBURN AND DEBORAH C. MILBURN-LEE,<br><br>         Plaintiff,<br><br>v.<br><br>SN SERVICING LLC, PARTNERS FOR PAYMENT RELIEF DE IV LLC, CORINTHIAN MORTGAGE DBA SOUTHBANC MORTGAGE, DARREN J DEVLIN, ESQ, AND DONNA DAVIS | Case No.: 6:20-cv-00107<br><br>**STIPULATED ORDER GRANTING SN SERVICING LLC'S MOTION TO DISMISS** |

**STIPULATED ORDER GRANTING SN SERVICING, LLC'S MOTION TO DISMISS**

After considering SN Servicing's Motion to Dismiss and Plaintiff's response, the Court

GRANTS the motion, and ORDERS the dismissal of Claims 1 and 2 as to SN Servicing LLC.

1

**SN SERVICING, LLC'S FIRST AMENDED MOTION TO DISMISS**
**ZBS LAW**
**5 Centerpointe Dr., Suite 400**
**Lake Oswego, OR 97035**
**P: 503-946-6558**
**F: (503) 296-2884**

SIGNED on  November 18  , 2020.

U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

Amber L. Labrecque

s/Michael J. McShane
_____
MICHAEL J. McSHANE
UNITED STATES DISTRICT JUDGE

Dated: November 17, 2020

ZBS Law, LLP

/s/ Amber L. Labrecque
_____
Jeffrey A. Myers, OSB No. 094561
Amber L. Labrecque, OSB No. 094593
Attorney for SN Servicing Corporation
5 Centerpointe Dr., Suite 400
Lake Oswego, OR 97035
P: 503-946-6558 x 802
F: (503) 296-2884
alabrecque@ZBSlaw.com

Dated: November 17, 2020

/s/ Shannon D. Sims
_____
Shannon D. Sims, OSB No. 072029
Attorney for Plaintiffs
P.O. Box 10952
Portland, OR 97296
P: (503) 347-6317
sdslaw@gmail.com

2

**STIPULATED ORDER GRANTING SN SERVICING LLC'S MOTION TO DISMISS**